NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RUSSELL HARABURDA, DOC #S39871,   )
                                  )
            Appellant,            )
                                  )
v.                                )
                                  )       Case No.  2D17-1292
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
                                  )

Opinion filed October 12, 2018.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Howard L. Dimmig, II, Public Defender,
and Megan Olson, Assistant Public
Defender, Bartow, for Appellant.

Russell Haraburda, pro se.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.